476 A.2d 54

Commonwealth v. Noel, Appellant.

Reargument Denied June 18, 1984.

Petition for Allowance of Appeal
Denied Oct. 25, 1984.

Argued January 19, 1984.   David S. Lubin, for appellant; Leslie Ann Sudock, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.

474 A.2d 658

Commonwealth v. Pierce, Appellant.

Argued January 12, 1984.   Spero Thomas Lappas, for appellant; Katherine E. Holtzinger, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment of sentence vacated.   Case remanded for resentencing.   Jurisdiction is not retained.

WICKERSHAM, J., filed dissenting memorandum.